Charles PERRINO, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 50250.

Missouri Court of Appeals,
Western District.

Oct. 3, 1995.

Susan L. Hogan, Appellate Defender, Kansas City, for Appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Mary Moulton Bryan, Asst. Atty. Gen., Jefferson City, for Respondent.

Before FENNER, C.J., P.J., and LOWENSTEIN and BRECKENRIDGE, JJ.

PER CURIAM.

### ORDER

Appeal from denial of Rule 24.035 motion.

Judgment affirmed. Rule 84.16(b).